**Order entered February 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00079-CV

## HEALTH TEXAS PROVIDER NETWORK, MICHAEL MACK, M.D., WILLIAM RYAN, M.D., DAVID BROWN, M.D., KEVIN THELEMAN, M.D. AND JOSE ESCOBAR, M.D., Appellants

### V.

## PATRICK ROUGHNEEN, M.D., CHERIE ROUGHNEEN AND PATRICK T. ROUGHNEEN, M.D., P.A., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14053**

## ORDER

Before the Court is appellants' January 23, 2019 unopposed motion to consolidate this appeal with appellate cause number 05-18-00966-CV, styled *Baylor Scott & White Health, Baylor Medical Center at Grapevine, Ronald Jensen, D.O., Trent Pettijohn, M.D., and Texas Heart Hospital of the Southwest L.L.P. d/b/a The Heart Hospital Baylor Plano v. Patrick Roughneen, M.D., Cherie Roughneen and Patrick T. Roughneen, M.D., P.A..* Both appeals stem from the same underlying suit and challenge interlocutory orders denying motions to dismiss under chapter 74 of the Texas Civil Practice and Remedies Code. The motions were heard on the same day, but the orders were signed five months apart.

Appellants note in their motion that because the motions were heard on the same date, the two appeals share the same reporter's record. They further note that the two appeals share substantially the same clerk's record. If the two appeals are consolidated, appellants submit the clerk's record would need to be supplemented only with a copy of their motion to dismiss and the order denying their motion.

We **GRANT** the motion and **CONSOLIDATE** this appeal into appellate cause number 05-18-00966-CV. We **DIRECT** the Clerk of the Court to transfer all documents from this appeal into appellate cause number 05-18-00966-CV. For administrative purposes, this appeal is treated as a closed case. The parties, trial court clerk, and court reporter shall now use only appellate cause number 05-18-00966-CV.

As appellants note in their motion, briefing in appellate cause number 05-18-00966-CV is complete and the appeal is awaiting submission. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than February 12, 2019, a supplemental clerk's record containing a copy of appellants' motion to dismiss and the trial court's January 4, 2019 order denying the motion. We further **ORDER** appellants to file their brief on the merits no later than March 4, 2019.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE